# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-4544 JFW (FFM) | Date | December 21, 2017 |
|---|---|---|---|
| Title | AMIR BAROUR ET AL v. JAVID ZARABI ET AL | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff: Attorneys Present for Defendants:

None Present     None Present

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

The Court is in receipt of plaintiff's motion to compel written discovery, filed December 21, 2017. (Docket Nos. 30 and 31.) Plaintiff asserts that defendants Javid Zarabi and Fariza Ebtehagfar have failed to respond to interrogatories and to requests for production propounded on September 26, 2017, despite letters sent on November 7, 2017 and November 28, 2017 demanding a response.

In light of plaintiff's showing, defendants Javid Zarabi and Fariza Ebtehagfar are ORDERED TO SHOW CAUSE, in writing, on or before December 26, 2017, why their answers should not be stricken for failure to comply with their discovery obligations.

IT IS SO ORDERED.

_____ : _____
Initials of Preparer     JM