JS-6

Note Changes

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR BAROUR, as an individual, and AMIR BAROUR as a Trustee of The Amir Barour Trust,<br><br>    Plaintiffs,<br>vs.<br><br>JAVID ZARABI, an individual; FARIZA EBTEHAGFAR, an individual; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.: 2:17-CV-04544-JFW-FFM<br><br>**JUDGMENT IN FAVOR OF PLAINTIFFS** |

Plaintiffs AMIR BAROUR, as an individual and AMIR BAROUR as Trustee of The Amir Barour Trust's Application for Default Judgment by Court came before the Honorable John F. Walter, United States District Judge of the above-entitled Court.

Having read and considered Plaintiffs AMIR BAROUR, as an individual and AMIR BAROUR as Trustee of The Amir Barour Trust's Application for Default Judgment by Court, and the arguments therein, and determining that the factors of Eitel v. McCool, 782 F.2d 1470 (9th Cir. 1986) having been met, the Court found that this matter is appropriate for decision without oral argument, and based thereon:

**IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

    1.    Judgment is entered in favor of Plaintiffs AMIR BAROUR, an individual and AMIR BAROUR, as a Trustee of The Amir Barour Trust and against Defendants JAVID ZARABI, an individual and FARIZA EBTEHAGFAR, an individual, jointly and severally.

2.      Plaintiffs AMIR BAROUR, an individual and AMIR BAROUR, as a Trustee of The Amir Barour Trust shall have and recover from Defendants JAVID ZARABI, an individual and FARIZA EBTEHAGFAR, an individual, jointly and severally, the sum of One Hundred Fifty Thousand Dollars ($150,000.00) plus interest in the amount of One Thousand Five Hundred Dollars ($1,500.00) thereon at the rate of one percent (1%) per annum from May 3, 2016 to May 2, 2017, plus interest in the amount of Fourteen Thousand Eight Hundred Seventy Six Dollars and Seventy One Cents ($14,876.71) thereon at the rate of ten percent (10%) per annum from May 3, 2017 to April 30, 2018, for the total of One Hundred Sixty Six Thousand Three Hundred Seventy Six Dollars and Seventy One Cents ($166,376.71). Said sum shall bear interest at the legal rate of ten percent (10%) per annum from and after the date hereof.

3.      Plaintiffs AMIR BAROUR, an individual and AMIR BAROUR, as a Trustee of The Amir Barour Trust shall have and recover from Defendants JAVID ZARABI, an individual and FARIZA EBTEHAGFAR, an individual, jointly and severally, costs in the sum of $_____.

Dated: April 26, 2018                                   _____
                                                        Honorable John F. Walter
                                                        Judge of the United States District Court

2
JUDGMENT